ORIGINAL

FILED
OCT 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., Plaintiff, | ) | Case No. 07-708 C |
| v. | ) | DISCLOSURE STATEMENT |
| UNITED STATES OF AMERICA, Defendant. | ) | |

Plaintiff AEROFUND FINANCIAL, INC. , hereby discloses that it does not have any parent corporations nor do any publicly held corporations own 10% or more of its stock.

DATED: September 26, 2007

PAHL & McCAY
A Professional Corporation

By: ______________________
Ginger L. Sotelo
225 W. Santa Clara, Suite 1500
San Jose, California 95113
(408) 286-5100
(408) 286-5722