# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-708C |
| | ) | |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including January 17, 2008, within which to file a response to the complaint. The response to the complaint is currently due December 3, 2007. This is defendant's first request for an enlargement of time. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

The enlargement is requested because defendant's counsel of record has not yet received a litigation report from the Department of the Navy as required pursuant to 28 U.S.C. § 520(b). Agency counsel for the Department of the Navy is working diligently to complete the report, but requires additional time to complete investigation of several issues. Once the report is received, defendant's counsel of record shall require additional time to coordinate the preparation of a response with agency counsel and to receive internal review of the response, especially in light of the upcoming holiday season.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time by 45-days, to and including January 17, 2008, within which to file a response to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

November 8, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of November, 2007, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN