# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-708C |
| | ) | |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO SUMMONS THIRD-PARTY DEFENDANT

Pursuant to Rule 14(a) of the Rules of the United States Court of Federal Claims defendant, the United States, respectfully requests the Court to issue a summons to Total Controls, Inc. ("TCI"), c/o CSC - Lawyers Incorporating Service, P.O. Box 526036, Sacramento, CA 95852. The summons is for the purpose of answering the accompanying contingent claim of the United States for the recovery of erroneously paid funds or alternatively, any monies that may be paid by the United States to plaintiff, Aerofund Financial, Inc. ("Aerofund") with respect to the transaction or matter which constitute the subject matter of the pending suit against the United States. Counsel for Aerofund indicates that Aerofund has no objection to this motion.

As explained in more detail in the accompanying third-party complaint, Aerofund alleges in its complaint that the United States Department of the Navy improperly made payment due under the contract in question directly to TCI instead of to Aerofund as provided by the contract's amendment recognizing TCI's assignment to Aerofund. Thus, if Aerofund prevails in its claim, the United States would be duplicating a payment already made to TCI. Accordingly, the United States seeks judgment against TCI for the outstanding amount overpaid to TCI, $102,518.89, or alternatively, whatever amount is determined to be due to Aerofund.

For the foregoing reasons, we respectfully request that Defendant's Motion to Summons

Third-Party Defendant be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

January 14, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 14th day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO SUMMONS THIRD-PARTY DEFENDANT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN