# In the United States Court of Federal Claims

No. 07-708C

Filed: January 15, 2008

*************************************

AEROFUND FINANCIAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

Defendant's January 14, 2008 Unopposed Motion To Summons Third Party Defendant is granted. Therefore, the Clerk of the United States Court of Federal Claims will issue a summons in accordance with Rule of the United States Court of Federal Claims 14(a).

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**