# In the United States Court of Federal Claims

No. 07-708C

Filed: January 15, 2008

*************************************
*
AEROFUND FINANCIAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

Defendant's January 14, 2008 Motion Stay Proceedings Pending Resolution of Defendant's Unopposed Motion to Summons a Third-Party is granted. On January 15, 2008, the court granted Defendant's January 14, 2008 Unopposed Motion to Summons Third Party Defendant. Therefore, the court will grant Defendant an additional 30 days to file an answer. The Defendant's will file an answer on or before March 3, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**