# In the United States Court of Federal Claims

**AEROFUND FINANCIAL GROUP**

**v.** **No. 07-708 C**

**THE UNITED STATES**

COPY

SUMMONS

**To: Total Controls, Inc.**
**c/o CSC - Lawyers Incorporating Service**
**P.O. Box 526036**
**Sacramento, California 95852**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby summoned to appear herein within forty-two (42) days after service of this Summons upon you, by filing an answer (in accordance with Rule 14 of this Court) to the claim which the United States is asserting against you in the above-entitled suit. If you fail to appear and answer the claim, judgment pro confesso may be entered against you upon such claim to the same extent as if you had appeared and admitted the truth of the allegations made by the United States. For your information, this Summons is accompanied by copies of the following pleadings (including the pleading containing the claim asserted against you) that have been filed herein: **Plaintiff's complaint, and defendant's third party complaint.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, D.C., this 15th day of January, 2008

**John S. Buckley**
Acting Clerk, U.S. Court of Federal Claims

By: ______________________
Deputy Clerk

**RETURN OF SERVICE**

Received the above Summons on the _____ day of ___________, _____, and made service thereof on the _____ day of ___________, _____, by delivering a copy of the Summons, together with copies of the pleadings described in and accompanying the same, to

______________________________________________________________

______________________________________________________________

______________________________
UNITED STATES MARSHAL

By: ______________________________
Deputy

MARSHAL'S FEES*
Travel $________
Service $________

*Marshal's fees are not collected by the Court. Such fees must be paid by the party at whose instance the Summons is served.