**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-708C |
| Defendant and Third-Party Plaintiff, | ) | (Judge Braden) |
| v. | ) | |
| TOTAL CONTROLS, INC., | ) | |
| Third-Party Defendant. | ) | |

NOTICE OF FILING

Pursuant to Rule 14(a)(3) of the Rules of the United States Court of Federal Claims, defendant, the United States, hereby files the return of service made upon third-party defendant, Total Controls, Inc., on February 6, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

February 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of February, 2008, a copy of the foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN