# In the United States Court of Federal Claims

**AEROFUND FINANCIAL GROUP**

**v.** **No. 07-708 C**

**THE UNITED STATES**

SUMMONS

**To: Total Controls, Inc.**
**c/o CSC - Lawyers Incorporating Service**
**P.O. Box 526036**
**Sacramento, California 95852**

Pursuant to 41 U.S.C. §114(b), 58 Stat. 649 you are hereby summoned to appear herein within forty-two (42) days after service of this Summons upon you, by filing an answer (in accordance with Rule 14 of this Court) to the claim which the United States is asserting against you in the above-entitled suit. If you fail to appear and answer the claim, judgment pro confesso may be entered against you upon such claim to the same extent as if you had appeared and admitted the truth of the allegations made by the United States. For your information, this Summons is accompanied by copies of the following pleadings (including the pleading containing the claim asserted against you) that have been filed herein: **Plaintiff's complaint, and defendant's third party complaint.**

In testimony whereof, I have hereunto set my hand and affixed the Seal of said Court at Washington, D.C., this 15th day of January, 2008

**John S. Buckley**
Acting Clerk, U.S. Court of Federal Claims

By: [signature]
Deputy Clerk

**RETURN OF SERVICE**

Received the above Summons on the 06 day of FEB, 2008, and made service thereof on the 06 day of FEB, 2008, by delivering a copy of the Summons, together with copies of the pleadings described in and accompanying the same, to

BECKY DeGEORGE (BSJ)

A. AMADOR
UNITED STATES MARSHAL

By: [signature]
Deputy

MARSHAL'S FEES*
Travel $ 4.85
Service $ 45x2 =90

*Marshal's fees are not collected by the Court. Such fees must be paid by the party at whose instance the Summons is served.