**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 07-708C |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | (Judge Braden) |
| | ) | |
| v. | ) | |
| | ) | |
| TOTAL CONTROLS, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time, to and including March 21, 2008, within which to file a response to the complaint. The response to the complaint is currently due February 3, 2008. This is defendant's second request for an enlargement of time. The Government also filed a motion for stay of proceedings pending service of the third-party defendant, which was granted by the Court. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

The enlargement is requested because plaintiff and defendant are actively engaged in settlement negotiations which they believe will result in settlement of all claims by plaintiff against defendant. Additional time is needed to finalize the discussions. These discussions do not relate to the claims by the United States against the third-party defendant.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion

for an enlargement of time, to and including March 21, 2008, within which to file a response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

February 26, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of February, 2008, a copy of the foregoing "DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN