# In the United States Court of Federal Claims

No. 07-708C
Filed: February 27, 2008

**************************************
*
AEROFUND FINANCIAL, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Defendant's February 26, 2008 Unopposed Motion for an Enlargement of Time is granted. Therefore, Defendant will file a response to the Complaint on or before March 21, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**