**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AEROFUND FINANCIAL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-708C |
| Defendant and Third-Party Plaintiff, | ) | (Judge Braden) |
| v. | ) | |
| TOTAL CONTROLS, INC., | ) | |
| Third-Party Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30-day enlargement of time, to and including April 21, 2008, within which to file a response to the complaint. The response to the complaint is currently due March 21, 2008. This is defendant's third request for an enlargement of time. The Government also filed a motion for stay of proceedings pending service of its third-party claim, which was granted by the Court. Plaintiff's counsel has represented that plaintiff has no objection to this motion.

The enlargement is requested because plaintiff and defendant have reached an agreement in principle and are diligently working to finalize the terms of the settlement. This settlement does not relate to the claims by the United States against the third-party defendant.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time, to and including April 21, 2008, within which to file a response to

the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Dawn E. Goodman
DAWN E. GOODMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-1067
Fax: (202) 514-8624

March 17, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of March, 2008, a copy of the foregoing "DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Dawn E. Goodman
DAWN E. GOODMAN