# In the United States Court of Federal Claims

No. 07-708C

Filed: March 20, 2008

| | |
|---|---|
| ************************************* | |
| | * |
| AEROFUND FINANCIAL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

Defendant's March 18, 2008 Third Unopposed Motion for an Enlargement of Time is granted. Therefore, Defendant will file a response to the Complaint on or before April 21, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**