# Exhibit 1

**PAHL & McCAY**
A Professional Corporation
**Stephen D. Pahl, Esq.** (State Bar No. 95900)
**Ginger L. Sotelo, Esq.** (State Bar No. 210429)
225 West Santa Clara Street
Suite 1500
San Jose, California 95113-1752
Telephone No.: (408) 286-5100
Facsimile No.: (408) 286-5722

Attorneys for AEROFUND FINANCIAL, INC.

2007 SEP 17 A 9:55

DEPUTY CLERK
S. GANCAYCO

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

AEROFUND FINANCIAL, INC.,

Plaintiff,

v.

TOTAL CONTROLS, INC., DAVID J. MIYAHARA, FISC SAN DIEGO, UNITED STATES DEPARTMENT OF THE NAVY, and DOES 1-20,

Defendants.

Case No. 107CV084966

(Unlimited Jurisdiction - Amount Exceeds $25,000)

**NOTICE OF ENTRY OF JUDGMENT**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT**, the attached Judgment was entered in this action on August 20, 2007.

Dated: September 12, 2007

PAHL & McCAY
A Professional Corporation

By: [signature]
Ginger L. Sotelo

Attorney for Plaintiff
AEROFUND FINANCIAL, INC.

JUD-10(

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, [redacted] number, and address):
Ginger L. Sotelo 210429 [redacted]
Pahl & McCay
225 W. Santa Clara St., Suite 1500
San Jose, CA 95113-1752
TELEPHONE NO.: (408) 286-5100 FAX NO.(Optional): (408) 286-5722
E-MAIL ADDRESS (Optional): gsotelo@pahl-McCay.com
ATTORNEY FOR (Name): AEROFUND FINANCIAL, INC.

FOR COURT USE ONLY

ENDORSED FILED

2007 AUG 20 A 8:42

KIRI TORRE CLERK OF THE SUPERIOR COURT COUNTY OF SANTA CLARA, CALIFORNIA
BY: C. A. PINACATE DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 N. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: Aerofund Financial, Inc.

DEFENDANT: Total Controls, Inc., David Miyahara

JUDGMENT

[ ] By Clerk [X] By Default [ ] After Court Trial
[X] By Court [ ] On Stipulation [ ] Defendant Did Not Appear at Trial

CASE NUMBER: 107CV084966

## JUDGMENT

1. [X] **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
   e. [X] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) [ ] plaintiff's testimony and other evidence.
      (2) [X] Plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. [ ] **ON STIPULATION**
   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
   b. [ ] the signed written stipulation was filed in the case.
   c. [ ] the stipulation was stated in open court [ ] the stipulation was stated on the record.

3. [ ] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      [ ] Plaintiff *(name each)*:
      (1)
      (2)
      [ ] Plaintiff's attorney *(name each)*:
      (1)
      (2)
      [ ] Continued on Attachment 3b.
      [ ] Defendant *(name each)*:
      (1)
      (2)
      [ ] Defendant's attorney *(name each)*:
      (1)
      (2)
      [ ] Continued on Attachment 3b.
   c. [ ] Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. [ ] A statement of decision (Code Civ. Proc., § 632) [ ] was not [ ] was requested.





2258-133

| PLAINTIFF: Aerofund Fina[illegible]al, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT: Total Contro[illegible] Inc., David Miyahara | |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☒ **THE COURT** ☐ **THE CLERK**

4. ☐ **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. ☒ for plaintiff *(name each)*:
      Aerofund Financial, Inc.

      and against defendant *(names)*:
      Total Controls, Inc. and
      David J. Miyahara
      ☐ Continued on Attachment 5a.

   b. ☐ for defendant *(name each)*:

   c. ☐ for cross-complainant *(name each)*:

      and against cross-defendant *(name each)*:

      ☐ Continued on Attachment 5c.

   d. ☐ for cross-defendant *(name each)*:

6. **Amount.**
   a. ☒ Defendant named in item 5a above must pay plaintiff on the complaint:

| | | |
|---|---|---|
| (1) ☒ Damages | $ | 108,305.53 |
| (2) ☐ Prejudgment interest at the annual rate of % | $ | |
| (3) ☒ Attorney fees | $ | 3,683.06 |
| (4) ☒ Costs | $ | 392.50 |
| (5) ☐ Other *(specify)*: | $ | |
| (6) **TOTAL** | $ | 112,381.09 |

   c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| | | |
|---|---|---|
| (1) ☐ Damages | $ | |
| (2) ☐ Prejudgment interest at the annual rate of % | $ | |
| (3) ☐ Attorney fees | $ | |
| (4) ☐ Costs | $ | |
| (5) ☐ Other *(specify)*: | $ | |
| (6) **TOTAL** | $ | 0.00 |

   b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
      ☐ Defendant named in item 5b to recover costs $
      ☐ and attorney fees $

   d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
      ☐ Cross-defendant named in item 5d to recover costs $
      ☐ and attorney fees $

7. ☐ Other *(specify)*:

Date: AUG 1 7 2007 ☐ THOMAS WM. CAIN
JUDICIAL OFFICER

Date: ☐ Clerk, by ____________________, Depu

**CLERK'S CERTIFICATE** *(Optional)*

(SEAL)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by ____________________, Depu

Aerofund Financial, Inc. v. Total Controls, Inc.
Santa Clara County Case No.: 107CV084966

ENDORSED

2007 SEP 17 A 8: 56

**PROOF OF SERVICE**

State of California )
) ss
County of Santa Clara )

I am a citizen of the United States and an employee of the County aforesaid. I am over the age of eighteen years and not a party to the within action. My business address is 225 West Santa Clara Street, Suite 1500, San Jose, California 95113-1700. On the date mentioned below, I caused a true copy(ies) of the following document(s) to be served on the parties below using the method(s) checked:

**Notice of Entry of Judgment**

on the Addressee(s) below named in said action by:

[X ] First Class Mail. I am familiar with the regular mail collection and processing practices of the business. The mail will be deposited with the United States Postal Service on the same day following ordinary business practices. I enclosed the above-mentioned document(s) in a sealed envelope with postage thereon fully prepaid in the United States Post Office mail box at San Jose, California.

[ ] Express Mail Delivery.

[ ] Facsimile at the fax numbers shown after each name below.

[ ] By Personal Delivery.

[ ] By Federal Express.

**Addressee(s):**

**Agent for Total Controls, Inc.**

David Miyahara
738 Neeson Road, Suite A
Marina, CA 93933

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on September 17, 2007 at San Jose, California.

Cora Alvarado

Pahl & McCay
A Professional Corp.
225 W. Santa Clara St.
Suite 1500
San Jose, CA 95113
(408) 286-5100