# In the United States Court of Federal Claims

No. 07-708C
Filed: April 30, 2008

```
**************************************
                                     *
AEROFUND FINANCIAL, INC.,            *
                                     *
        Plaintiff,                   *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
        Defendant and                *
        Third-Party Plaintiff,       *
                                     *
v.                                   *
                                     *
TOTAL CONTROLS, INC.,                *
                                     *
        Third-Party Defendant.       *
                                     *
**************************************
```

**ORDER**

Pursuant to Rule of the Court of Federal Claims 54(b), and there being no just reason for delay, the court accepts the April 15, 2008 Stipulation For Entry Of Judgment. Therefore, the Clerk of the United States Court of Federal Claims is ordered to enter judgment in accordance with the Stipulation.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**