# In the United States Court of Federal Claims

**No. 07-708 C**

**AEROFUND FINANCIAL, INC.**
**Plaintiff**

**v.** **JUDGMENT**

**THE UNITED STATES**
**Defendant**

**and**

**TOTAL CONTROLS, INC.**
**Third-Party Defendant**

Pursuant to the stipulation for entry of judgment, filed April 15, 2008, and the court's Order, filed April 30, 2008, accepting said stipulation and directing the entry of judgment pursuant to Rule 54(b), there being no just reason for delay,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $101,817.31, inclusive of interest and costs, with each party to bear its own attorney fees and expenses.

.

John S. Buckley
Acting Clerk of Court

April 30, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.