COPY

United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

June 6, 2008

Ginger L. Sotelo, Esq.

Pahl & McCay

225 West Santa Clara St.

Suite 1500

San Jose, CA 95113

In re: Aerofund Financial, Inc. .v. The United States, No. 07-708 C

Dear Ms. Sotelo:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated May 1, 2008, in favor of plaintiff.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Dawn Elyse Goodman, Esq., Dept. Of Justice