# In the United States Court of Federal Claims

No. 07-708C

Filed: June 11, 2008

| | |
|---|---|
| ************************************* | |
| | * |
| AEROFUND FINANCIAL, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant and | * |
| Third-Party Plaintiff, | * |
| | * |
| v. | * |
| | * |
| TOTAL CONTROLS, INC., | * |
| | * |
| Third-Party Defendant. | * |
| | * |
| ************************************* | |

**SCHEDULING ORDER**

The court will convene a telephone status conference on June 11, 2008 at 3:00 p.m. EDT.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**

**SUSAN G. BRADEN**

**Judge**