# In the United States Court of Federal Claims

No. 07-708C

Filed: June 11, 2008

************************************
AEROFUND FINANCIAL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant and
Third-Party Plaintiff,

v.

TOTAL CONTROLS, INC.,

Third-Party Defendant.
************************************

**SCHEDULING ORDER**

The court will convene a telephone status conference on September 15, 2008 at 2:00 p.m. EDT.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**